

**Entered on Docket
October 06, 2009**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: ) | |
| ) | Case No.: BK-S-07-18364-MKN |
| ) | |
| MICHAEL WOOD ) | Chapter 13 |
| MICHELLE WOOD, ) | |
| ) | Current Hearing Date:   November 2, 2009 |
| ) | Current Hearing Time:  9:30 a.m. |
| Debtors.          ) | |
| ) | Continued Hearing Date:  November 9, 2009 |
| ) | Continued Hearing Time:  9:30 a.m. |

**ORDER CONTINUING HEARING**

The motion of Saxon Mortgage Services, Inc.'s Motion for Relief from the Automatic Stay came on for hearing on September 16, 2009 at 1:30 p.m. (Filed September 11, 2008, Docket #66.)  The unopposed Motion was previously granted at a hearing held on October 8, 2008.  An order reinstating the automatic stay was further entered on December 15, 2008.  The Motion was then set to be heard on May 18, 2009 and was further continued several more times until September 16, 2009, when an evidentiary hearing was scheduled for November 2, 2009 at 9:30 a.m.  The Motion having been further set for an evidentiary hearing on November 2, 2009, and good cause appearing,

**IT IS HEREBY ORDERED** that the above-referenced evidentiary hearing on Saxon Mortgage Services, Inc.'s Motion for Relief from the Automatic Stay is hereby continued to **November 9, 2009 at 9:30 a.m.**

**IT IS FURTHER ORDERED** that the following requirement shall apply:

1       **EXHIBITS/WITNESS LISTS:**  Each party <u>shall</u> meet with Benji Rawling, Courtroom

2  Deputy, <u>not later</u> than the day before the trial for the purpose of coordinating trial exhibits.  To that

3  end, before such meeting, each party shall have lodged the following:

4       (1) The original and one copy of all exhibits, bound and tabbed.  All exhibits shall be

5  marked with stickers on the lower right corner of the exhibit whenever possible.  Log forms may be

6  obtained from the Courtroom Deputy.

7       All exhibits to which there are no objection shall be admitted by stipulation.  Counsel

8  may stipulate to an exhibit on one ground (e.g., foundation) while preserving an objection on

9  another ground (e.g., relevance).

10       (2) List of witnesses with correct spelling of the witnesses' full name.

11       **IT IS SO ORDERED**.

12  Copies noticed through ECF to:

13

14  DAVID L. TANNER tannerlaw@aol.com, tannerlaw@mpowercom.net

15  RICK A. YARNALL ecfmail@LasVegas13.com, ecfimport@lasvegas13.com

16  U.S. TRUSTEE - LV - 7 USTPRegion17.LV.ECF@usdoj.gov

17  GREGORY L. WILDE bk@wildelaw.com

18

19                # # #

20

21

22

23

24

25

26