RICK A YARNALL
Chapter 13 Bankruptcy Trustee
Marianne Gatti, Esq.
Nevada Bar No. 007717
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com

Electronically Filed on *12-14-09*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

MICHAEL WOOD and
MICHELLE WOOD
         Debtor(s).

BK-S-*07-18364-MKN*
Chapter 13

STIPULATION TO CONVERT OR DISMISS CASE BY DATE CERTAIN; ORDER THEREON

COMES NOW Chapter 13 Trustee, RICK A. YARNALL, and counsel for Debtor, *DAVID TANNER*, and hereby agree and stipulate as follows:

1. Debtor shall either convert the instant Chapter 13 bankruptcy case to a Chapter 7, or shall file a voluntary dismissal of the instant case no later than *January 2, 2010*.

2. In the event neither of these has occurred by the date set forth in paragraph 1, the Chapter 13

Trustee may submit an Ex-Parte Order dismissing the case.

IT IS SO STIPULATED.

/s/ Marianne Gatti                              Dated: 12-10-09
Marianne Gatti, Esq.
Nevada Bar No. 007717
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
Attorney for Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

/s/                                             Dated: 12/10/2009

Attorney for Debtor

### ORDER

Upon review of the stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED that Debtor shall either convert the instant Chapter 13 bankruptcy case to a Chapter 7, or shall file a voluntary dismissal of the instant case no later than January 2, 2010. In the event neither of these has occurred by this date, the Chapter 13 Trustee may submit an Ex-Parte Order dismissing the case.

IT IS SO ORDERED

Respectfully Submitted by:

/s/ Marianne Gatti
Marianne Gatti, Esq.
Nevada Bar No. 007717
Attorney for Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

###