```
RICK A. YARNALL                                     E-filed: 12/30/09
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Telephone: (702) 853-4500
RAY13mail@LasVegas13.com
```

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | BK-S-07-18364-MKN |
| --- | --- |
| MICHAEL WOOD, | Chapter 13 |
| MICHELLE WOOD, | |
| | Hearing Date: N/A |
| | Hearing Time: N/A |
| Debtor(s) | |

### NOTICE OF ENTRY OF STIPULATION TO CONVERT OR DISMISS CASE BY DATE CERTAIN; ORDER THEREON

PLEASE TAKE NOTICE that the above named document was filed and entered on this Court's docket on or about the 22nd day of December, 2009. A copy of said Order is attached hereto.

DATED this 30th day of December, 2009.

/s/  Marianne Gatti
MARIANNE GATTI, ESQ.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Attorney for RICK A. YARNALL
Chapter 13 Bankruptcy Trustee
(lma)

## CERTIFICATE OF MAILING

I hereby certify that I am an employee of Rick A. Yarnall, Chapter 13 Bankruptcy Trustee; that I am over the age of 18 years; that on the 30th day of December, 2009, I mailed a copy of the **Notice of Entry of Stipulation to Convert or Dismiss Case by Date Certain; Order Thereon** to each of the following by:

[X] a.  **ECF System**: David L. Tanner, Esq., "tannerlaw@aol.com"

[X] b.  **United States mail, postage fully prepaid**:

    MICHAEL & MICHELE WOOD, DEBTOR'S
    2925 VIGILANTE CT.
    NORTH LAS VEGAS, NV 89081

    U.S. TRUSTEE
    300 LAS VEGAS BLVD SOUTH
    ROOM 4300
    LAS VEGAS, NV 89101

[ ] c.  **Personal Service**

[ ] d.  **By direct email (as opposed to through the ECF System)**

[ ] e.  **By fax transmission**

/s/ Leah Abeyta
Leah Abeyta, an Employee of
RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE

###

**Entered on Docket**
**December 22, 2009**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

RICK A YARNALL
Chapter 13 Bankruptcy Trustee
Marianne Gatti, Esq.
Nevada Bar No. 007717
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com

Electronically Filed on 12-14-09

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

MICHAEL WOOD and
MICHELLE WOOD
                    Debtor(s).

BK-S-07-18364-MKN
Chapter 13

STIPULATION TO CONVERT OR DISMISS
CASE BY DATE CERTAIN; ORDER
THEREON

    COMES NOW Chapter 13 Trustee, RICK A. YARNALL, and counsel for Debtor, DAVID TANNER, and hereby agree and stipulate as follows:

1. Debtor shall either convert the instant Chapter 13 bankruptcy case to a Chapter 7, or shall file a voluntary dismissal of the instant case no later than January 4, 2010.

2. In the event neither of these has occurred by the date set forth in paragraph 1, the Chapter 13

Trustee may submit an Ex-Parte Order dismissing the case.

IT IS SO STIPULATED.

*/s/ Marianne Gatti*                                                Dated: 12-10-09

Marianne Gatti, Esq.
Nevada Bar No. 007717
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
Attorney for Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

*/s/*                                                                          Dated: 12/10/2009

Attorney for Debtor

### ORDER

Upon review of the stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED that Debtor shall either convert the instant Chapter 13 bankruptcy case to a Chapter 7, or shall file a voluntary dismissal of the instant case no later than January 4, 2010. In the event neither of these has occurred by this date, the Chapter 13 Trustee may submit an Ex-Parte Order dismissing the case.

IT IS SO ORDERED

Respectfully Submitted by:

*/s/ Marianne Gatti*

Marianne Gatti, Esq.
Nevada Bar No. 007717
Attorney for Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

###