Entered on Docket
January 22, 2010

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge
_____

RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
Marianne Gatti, Esq.
Nevada Bar No. 7717
701 Bridger Avenue, Suite 820
Las Vegas, Nevada 89101
Telephone: (702) 853-4500
RAY13mail@LasVegas13.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re: | BK-S-07-18364-MKN |
|---|---|
| | Chapter 13 |
| MICHAEL WOOD and MICHELLE WOOD | |
| | Hearing Date: N/A |
| Debtor(s). | Hearing Time: N/A |

### EX- PARTE ORDER DISMISSING BANKRUPTCY PROCEEDING

On or about December 22, 2009, Debtors, Michael Wood and Michelle Wood, by and through their counsel, entered into a Stipulation to Convert or Dismiss Case by Date Certain; Order Thereon (the "Stipulation") (See Docket # 138) with Rick A. Yarnall, Chapter 13 Bankruptcy Trustee, by and through his counsel, Marianne Gatti, Esq. The Stipulation required the within Debtors to either voluntarily convert their case under Chapter 13 to one under Chapter 7 by January 4, 2010, or to voluntarily dismiss their case by that date.

. . .

1  The time for the Debtors to either convert or dismiss their case has passed.

2

3  **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13

4  is **DISMISSED** for the Debtors' failure to either convert or dismiss the instant bankruptcy case by

   January 04, 2010.

5

6  **IT IS SO ORDERED.**

7

8

9  Respectfully Submitted:

10

11  _____    DATE: 1-11-10

12  MARIANNE GATTI, ESQ.
    Nevada Bar No. 7717
13  701 Bridger Avenue, Suite 820
    Las Vegas, Nevada 89101
14  Attorney for RICK A. YARNALL
    Chapter 13 Bankruptcy Trustee
15

###

RICK A. YARNALL  
CHAPTER 13 BANKRUPTCY TRUSTEE  
Marianne Gatti, Esq.  
Nevada Bar No. 7717  
701 Bridger Avenue, SUITE 820  
Las Vegas, Nevada 89101  
Telephone: (702) 853-4500  
RAY13mail@LasVegas13.com  

E-filed: 1-41-10

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re:

MICHAEL WOOD and  
MICHELLE WOOD  

Debtor(s).

BK-S-07-18364-MKN  
Chapter 13

Hearing Date: N/A  
Hearing Time: N/A

### AFFIDAVIT IN SUPPORT OF EX-PARTE ORDER OF DISMISSAL

County Of Clark      )  
                     ) ss:  
State of Nevada      )

I, Robert A. Hurley, being first duly sworn upon his oath, hereby deposes and says:

1. That I am an employee of Rick A. Yarnall, Chapter 13 Bankruptcy Trustee make this Affidavit of facts from personal knowledge which is known to me except for those matters stated upon information and belief, and as to those matters, I believe same to be true.

2. That I make this Affidavit in support of the Ex-Parte Order of Dismissal.

3. On or about December 22, 2009, Stipulation To Convert Or Dismiss Case By Date Certain; Order Thereon was entered into between Rick A. Yarnall, Chapter 13 Trustee and Debtors' counsel, requiring the Debtors to either convert or dismiss their chapter 13 bankruptcy case by January 4, 2010.

4. The time to convert or dismiss the instant bankruptcy case has passed.

. . .

1 | 5. Debtors have not converted or dismissed their bankruptcy case.

FURTHER, AFFIANT SAYETH NAUGHT this 11th day of January, 2010.

ROBERT A. HURLEY
An employee of RICK A. YARNALL,
Chapter 13 Bankruptcy Trustee

SWORN to and SUBSCRIBED before me this 11th day of January, 2010.

NOTARY PUBLIC in and for said County and State

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
No: 07-2777-1   LEAH ABEYTA
My Appointment Expires Apr. 19, 2011